# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| HARRY MULLEN, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Case No. 15-2540 |
| | ) |
| NORFOLK SOUTHERN RAILWAY | ) |
| COMPANY | ) |
| | ) |
| Appellee. | ) |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.A.P. 42(B)

Pursuant to the settlement reached through the Court's Appellate Mediation Program, it is hereby stipulated and agreed by and between the parties that the above-captioned matter is **DISMISSED** pursuant to F.R.A.P. 42(b), with prejudice and with each party to bear its own costs.

/s/ David Schlesinger
James Kaster, Esq.
David Schlesinger, Esq.
Nichols Kaster
4600 IDS Center
80 S. 8th Street.
Minneapolis, MN  55402
(612) 256-3200
kaster@nka.com
schlesinger@nka.com

*Attorneys for Appellant Harry Mullen*

/s/ Joseph P. Sirbak
Robert S. Hawkins, Esq.
Joseph P. Sirbak, Esq.
Buchanan, Ingersoll & Rooney, P.C.
50 S. 16th Street
Suite 3200
Philadelphia, PA 19102
(215) 665-8700
joseph.sirbak@bipc.com
robert.hawkins@bipc.com

*Attorneys for Appellee Norfolk Southern Railway Company*

Dated: November 3, 2015