# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 15-2540

Harry Mullen v. Norfolk Southern Railway Co

(Originating Court No. 2-14-cv-00917)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  11/3/2015

cc: Adam W. HansenEsq.
Robert S. HawkinsEsq.
James H. KasterEsq.
David E. SchlesingerEsq.
Joseph P. Sirbak IIEsq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.